WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net

*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 206 VALERIAN,<br><br>Defendant. | Case No.: 2:17-CV-00460-JAD-NJK<br><br>**STIPULATION TO CONTINUE DEADLINES**<br><br>ECF No. 15 |

Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Plaintiff" or "Wilmington Trust"), by and through its counsel of record, and Defendant, Saticoy Bay LLC Series 206 Valerian, by and through its counsel of record, hereby stipulate as follows:

1. This Court ordered that the stay be lifted on September 24, 2018 [ECF No. 14];
2. Counsel for the parties met and conferred on October 22, 2018, concerning a proposed scheduling order pursuant to FRCP 26-1;
3. That the parties requested additional time to schedule a party representative attend a meet and confer and submit a proposed scheduling;
4. That the parties request an additional one (1) week to hold the meet and confer

conference with a party representative, which must be completed by November 9, 2018;

5. That the parties will submit a proposed scheduling order no later than November 13, 2018;

6. That Saticoy Bay LLC Series 206 Valerian shall have until November 16, 2018, to file a renewed motion to dismiss.

IT IS SO STIPULATED AND AGREED.

DATED this 2nd day of November, 2018.  DATED this 2nd day of November, 2018.

WRIGHT, FINLAY & ZAK, LLP  LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ Christopher A.J. Swift, Esq.  /s/ Adam R. Trippiedi, Esq.
Christopher A. J. Swift, Esq.  Michael F. Bohn, Esq.
Nevada Bar No. 11291  Nevada Bar No. 1641
7785 W. Sahara Ave., Suite 200  Adam R. Trippiedi, Esq.
Las Vegas, NV 89117  Nevada Bar No. 12294
*Attorney for Plaintiff, Wilmington Trust,*  2260 Corporate Circle, Ste. 480
*National Association, not in its individual*  Henderson, Nevada 89074
*capacity but as Trustee of ARLP*  *Attorneys for Defendant, Saticoy Bay LLC*
*Securitization Trust, Series 2014-2*  *Series 206 Valerian*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 11-14-18