WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 206 VALERIAN,<br><br>Defendant. | Case No.: 2:17-CV-00460-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT'S RENEWED MOTION TO DISMISS [ECF 21]**<br><br>**(SECOND REQUEST)** |

Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Plaintiff" or "Wilmington Trust"), by and through its counsel of record, and Defendant, Saticoy Bay LLC Series 206 Valerian, by and through its counsel of record, hereby stipulate and agree that Plaintiff shall have an extension of time of fourteen (14) days, up to and including December 14, 2018, in which to file its Opposition to DEFENDANT'S RENEWED MOTION TO DISMISS [ECF 21], filed on November 16, 2018. Counsel for Plaintiff has been ill and therefore, the parties agree to extend the deadline for Plaintiff's opposition which is currently due to be filed on or before November 30, 2018 to December 14, 2018.

///
///
///

The requested extension is necessary to allow counsel for Plaintiff to fully evaluate and address the arguments in the motion. This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 6th day of December, 2018.                    DATED this 6th day of December, 2018.

WRIGHT, FINLAY & ZAK, LLP                                LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Christopher A.J. Swift, Esq.*                       /s/ *Adam R. Trippiedi, Esq.*
Christopher A. J. Swift, Esq.                            Michael F. Bohn, Esq.
Nevada Bar No. 11291                                     Nevada Bar No. 1641
7785 W. Sahara Ave., Suite 200                           Adam R. Trippiedi, Esq.
Las Vegas, NV 89117                                      Nevada Bar No. 12294
*Attorney for Plaintiff, Wilmington Trust,*              2260 Corporate Circle, Ste. 480
*National Association, not in its individual*            Henderson, Nevada 89074
*capacity but as Trustee of ARLP*                        *Attorneys for Defendant, Saticoy Bay LLC*
*Securitization Trust, Series 2014-2*                    *Series 206 Valerian*

## **ORDER**

IT IS SO ORDERED.

Dated: December 10, 2018.

_____
UNITED STATES DISTRICT JUDGE