WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 206 VALERIAN; CINNAMON RIDGE COMMUNITY ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.<br><br>Defendant. | Case No.: 2:17-CV-00460-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO CINNAMON RIDGE COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDMENT [ECF NO. 50]**<br><br>**(FIRST REQUEST)** |

Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Plaintiff" or "Wilmington Trust"), by and through its counsel of record, and Defendant, Cinnamon Ridge Community Association, by and through its counsel of record, hereby stipulate and agree that Plaintiff shall have an extension of time of two (2) days, up to and including June 18, 2019, in which to file its Opposition to Defendant Cinnamon Ridge Community Association's Motion for Summary Judgment [ECF 50], filed on May 24, 2019. Counsel for Plaintiff's daughter became ill and therefore, the parties agree to extend the deadline for Plaintiff's opposition which is currently due to be filed on or before June 14, 2019, to June 18, 2019..

///

///

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: June 14, 2019 | DATED: June 14, 2019 |
| WRIGHT, FINLAY & ZAK, LLP | LIPSON NEILSON, P.C. |
| */s/ Christopher A.J. Swift, Esq.* | /s/ *Karen Kao, Esq.* |
| Christopher A. J. Swift, Esq. | J. William Ebert, Esq. |
| Nevada Bar No. 11291 | Nevada Bar No. 2697 |
| 7785 W. Sahara Ave., Suite 200 | Karen Kao, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 14386 |
| *Attorney for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2* | 9900 Covington Cross Drive, Suite 120 Las Vegas, Nevada 89144 *Attorneys for Defendant, Cinnamon Ridge Community Association* |

## **ORDER**

IT IS SO ORDERED.

Dated: June 14, 2019.

_____
UNITED STATES DISTRICT JUDGE