WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 206 VALERIAN; CINNAMON RIDGE COMMUNITY ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-CV-00460-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS REPLY TO DEFENDANT SATICOY BAY LLC SERIES 206 VALERIAN'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF 55]**<br><br>**(FIRST REQUEST)** |

Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Plaintiff" or "Wilmington Trust"), by and through its counsel of record, and Defendant, Saticoy Bay LLC Series 206 Valerian, by and through its counsel of record, hereby stipulate and agree that Plaintiff shall have an extension of time of fourteen (14) days, up to and including July 11, 2019, in which to file its Reply to Defendant Saticoy Bay LLC Series 206 Valerian's Opposition to Plaintiff's Motion for Summary Judgment [ECF 55], filed on June 16, 2019. Counsel for Plaintiff has been reassigned from Christopher A.J. Swift to Natalie C. Lehman. New counsel is out of the office at a conference the week of June 24, 2019 to June 28, 2019 and therefore, the parties agree to extend the deadline for Plaintiff's reply which is currently due to be filed on or before June 27, 2019 to July 11, 2019.

///

The requested extension is necessary to allow counsel for Plaintiff to fully evaluate and address the arguments in the motion. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 25th day of June, 2019.           DATED this 25th day of June, 2019.

WRIGHT, FINLAY & ZAK, LLP                    LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ Natalie C. Lehman, Esq.                  /s/ Nikoll Nikci, Esq.
Natalie C. Lehman, Esq.                      Michael F. Bohn, Esq.
Nevada Bar No. 12995                         Nevada Bar No. 1641
R. Samuel Ehlers, Esq.                       Nikoll Nikci, Esq.
Nevada Bar No. 9313                          Nevada Bar No. 10699
7785 W. Sahara Ave., Suite 200               2260 Corporate Circle, Ste. 480
Las Vegas, NV 89117                          Henderson, Nevada 89074
*Attorney for Plaintiff, Wilmington Trust,*  *Attorneys for Defendant, Saticoy Bay LLC*
*National Association, not in its individual* *Series 206 Valerian*
*capacity but as Trustee of ARLP*
*Securitization Trust, Series 2014-2*

## ORDER

IT IS SO ORDERED.

Dated: July 2, 2019.

_____
UNITED STATES DISTRICT JUDGE