MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC
Series 206 Valerian

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2,<br><br>Plaintiffs,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 206 VALERIAN, VALERIAN; CINNAMON RIDGE COMMUNITY ASSOCIATION; and NEVADA ASSOCIATION SERVICES, INC,<br><br>Defendants. | CASE NO.: 2:17-cv-00460-JAD-NJK |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT
SATICOY BAY LLC SERIES 206 VALERIAN TO FILE ITS
REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF 52]**

Defendant Saticoy Bay LLC Series 206 Valerian by and through its attorney, the Law Offices of Michael F. Bohn, Esq., Ltd., and Plaintiff Wilmington Trust, N.A. through its attorney, Natalie C. Lehman, Esq. hereby stipulate and agree that defendant Saticoy Bay shall have an extension of one week from the signing of this order in which to file its reply in support of its motion for summary judgment filed on June 13, 2019 (ECF No. 52). Plaintiff's and Saticoy Bay's replies were originally due on June 27, 2019, however, because of a conflict in plaintiff's schedule the parties stipulated to extend the time

1

for plaintiff to file its reply (ECF No. 63).  Counsel for both the plaintiff and for Saticoy Bay intended for the stipulation and order entered by this Court on July 2, 2019 (ECF No. 63) to extend time for both parties to file their replies in support of their respective motions.  However, ECF No. 63 inadvertently omitted any reference to extending the deadline for Saticoy Bay file its reply.  Neither party realized the error in the drafting of the stipulation and order that omitted reference to extending Saticoy Bay's deadline.  Therefore, the parties agree to extend the deadline for Defendant's reply which is currently past due, to be filled by July 11, 2019.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

Dated this 9th day of July, 2019

| | |
|---|---|
| WRIGHT FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| By: /s/ Natalie C. Lehman, Esq.      /<br>Natalie C. Lehman, Esq.<br>R. Samuel Ehlers, Esq.<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2* | By: /s/ /Michael F. Bohn, Esq./<br>Michael F. Bohn, Esq.<br>Nikoll Nikci, Esq.<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 889074<br>Attorney for Saticoy Bay LLC Series 206 Valerian |

IT IS SO ORDERED this  10th  day of July, 2019

_____
UNITED STATES DISTRICT JUDGE